In Matter of Hinton, et al., Petitioner-Appellant.

Gen. No. 10,963. 

Second District.

January 9, 1957.

Released for publication January 26, 1957.

Pedderson, Menzimer and Conde, for appellant, Dale F. Conde, of counsel; Wayne R. Bettner, for respondents-appellees, L. R. Jeanblanc, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.